IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JAMIE M. WARFIELD                                                                                          PLAINTIFF

vs.                                          Civil No. 4:10-cv-4155

MICHAEL J. ASTRUE,
Commissioner, Social Security Administration                                      DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed October 13, 2011, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 9).  Judge Bryant recommends that this case be reversed and remanded for further evaluation of Plaintiff's low Global Assessment of Functioning scores.  The parties have not filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Therefore, the Court adopts the Report and Recommendation *in toto*.  This case is REVERSED and REMANDED.

**IT IS SO ORDERED**, this 8th day of November, 2011.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge