IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JAMIE M. WARFIELD                                                                                    PLAINTIFF

vs.                                              Civil No. 4:10-cv-4155

MICHAEL J. ASTRUE,
Commissioner, Social Security Administration                                           DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed January 18, 2012, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 15). Judge Bryant recommends that Plaintiff's Motion for Attorney Fees (ECF No. 11) be granted. The parties have not filed objections to this Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Accordingly, the Court adopts the Report and Recommendation *in toto*. Plaintiff's Motion for Attorney Fees (ECF No. 11) is **GRANTED** and Plaintiff is awarded $3,837.50 in attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

**IT IS SO ORDERED**, this 8th day of February, 2012.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge